# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-485-RJC-DCK

| | |
|---|---|
| JOANN McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INTEGRITY AUTOMOTIVE PROMOTIONS, ) | |
| LLC, GROW FINANCIAL FEDERAL CREDIT ) | |
| UNION, and GRASSROOTS ASSOCIATES, ) | |
| INC., d/b/a Kia Of Gastonia, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Grassroots Associates, Inc. d/b/a KIA Of Gastonia's Motion To Dismiss Amended Complaint And To Compel Arbitration" (Document No. 30) filed November 25, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned finds that Defendant Grassroots Associates, Inc.'s "…Motion To Dismiss…" (Document No. 30) should be denied as moot based on "Defendant Grassroots Associates, Inc. . . . Amended Motion To Dismiss Amended Complaint And To Compel Arbitration (Document No. 40) filed December 16, 2019.

The Court will also *sua sponte* extend the deadline for Plaintiff to file responses to the pending motions to dismiss.

**IT IS, THEREFORE, ORDERED** that "Defendant Grassroots Associates, Inc. d/b/a KIA Of Gastonia's Motion To Dismiss Amended Complaint And To Compel Arbitration" (Document No. 30) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff shall file responses to: "Defendant Integrity Automotive Promotions, LLC's Motion To Dismiss Amended Complaint" (Document No. 36); "Defendant Grow Financial Federal Credit Union's Motion To Dismiss The Amended Complaint" (Document No. 38); and "Defendant Grassroots Associates, Inc. d/b/a KIA Of Gastonia's Amended Motion To Dismiss Amended Complaint And To Compel Arbitration" (Document No. 40) on or before **January 3, 2020**.

**SO ORDERED**.

Signed: December 17, 2019

David C. Keesler
United States Magistrate Judge